pany. T. H. Lord, of New York City, for appellant. G. W. Glaze, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN and DOWLING, JJ., dissent.

---

MECHANICS' BANK v. SPRINGER et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by the Mechanics' Bank against J. Harwood Springer and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

MEETEER, Respondent, v. BOARD OF EDUCATION, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by George B. Meeteer against the Board of Education. C. McIntyre, of New York City, for appellant. E. J. Parsons, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 1130.

---

MEETEER v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by George B. Meeteer against the Board of Education. No opinion. Motion granted. Order filed. See, also, 138 N. Y. Supp. 1130.

---

In re MENTZ'S WILL. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) In the matter of proving the last will and testament of Polly J. Mentz, deceased. No opinion. Orders affirmed, with $10 costs and disbursements.

---

MESEROLE, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Catharine M. Meserole against Richard J. Williams. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1046.

---

MEYER, Respondent, v. RUSTON, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Gustav Meyer against Samuel S. Rouston. No opinion. Interlocutory judgment affirmed by default, with costs.

---

MILLER, Respondent, v. HARRIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Edward J. Miller against John H. Harrigan. No opinion. Judgment and order unanimously affirmed, with costs.

---

MILLER et al., Respondents, v. WHEAT-FIELD, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Nathan J. Miller and others against Jacob Wheatfield. L. S. Posner, of New York City, for appellant. B. N. Cardozo, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MONACO, Respondent, v. LANGE, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Giuseppe Monaco against John F. Lange. A. E. Brosmith, of New York City, for appellant. R. Maggio, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 146 App. Div. 18, 130 N. Y. Supp. 581.

---

MONARCH ROAD ROLLER CO. v. STEWART-KERBAUGH-SHANLEY CO. (Supreme Court, Appellate Division, Fourth Department. December 6, 1912.) Action by the Monarch Road Roller Company against the Stewart-Kerbaugh-Shanley Company, by Charles L. Davies and another against the Delaware, Lackawanna & Western Railroad Company, and by Francis B. Shea against George L. Tyler. In the matter of the probate of the last will and testament of Maria Whitelocke, deceased. No opinions. The above cases, having been twice reached in their regular order and passed, are dismissed under general rule 39.

---

M. STEINERT & SONS CO., Appellant, v. GIRONDA, Respondent. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by the M. Steinert & Sons Company, a corporation, against Anselmo Gironda.

PER CURIAM. Judgment and order of the County Court of Westchester County reversed, and new trial ordered, costs to abide the event, on the ground that the allowance of defendant's counterclaim was not supported by competent evidence, and that, if the defendant was entitled to possession of the chattel, then the judgment should have awarded him possession, or his damages should have been fixed at the reasonable value of the chattel, less the amount due and unpaid thereon under the contract of conditional sale.

---

MULLAHEY, Respondent, v. DRAVO CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by William Mullahey against the Dravo Contracting Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and WOODWARD, J., dissent.

---

MULLER et al., Respondents, v. CITY OF PHILADELPHIA et al., Appellants. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Chas. F. Muller and others against the City of Philadelphia and others. J. N. Hayes, of New York